**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6565**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CORNELL BLACKWELL,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte.  Robert D. Potter, Senior
District Judge.  (CR-92-62-P, CA-96-68-3-P)

———————————

Submitted:  November 26, 1996      Decided:  December 17, 1996

———————————

Before HALL, WILLIAMS, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Cornell Blackwell, Appellant Pro Se.  James Michael Sullivan,
Assistant United States Attorney, Charlotte, North Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994), <u>amended by</u> Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Blackwell</u>, Nos. CR-92-62-P; CA-96-68-3-P (W.D.N.C. Mar. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2